UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 25-CR-156 ECT/DJF |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 1543 |
| v. | ) | |
| | ) | |
| SAID JAMA AHMED, | ) | |
| a/k/a Said Ahmed Farah, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(False Use of Passport)

On or about December 12, 2023, in the State and District of Minnesota, the defendant,

**SAID JAMA AHMED,
a/k/a Said Ahmed Farah,**

did knowingly and willfully use and attempt to use a false, forged, counterfeited, mutilated and altered passport and instrument purporting to be a passport, to wit: a Somali passport bearing the number P00321441 in the name of "Said Jama Ahmed", all in violation of Title 8, United States Code, Section 1543.

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY          FOREPERSON

SCANNED
APR 2 4 2025
U.S. DISTRICT COURT MPLS