UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-00156-ECT-DJF

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                      **NOTICE OF SUBSTITUTION**

SAID JAMA AHMED,

        Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

    <u>Add AUSA</u>

    Sommer Honeycutt

    <u>Remove AUSA</u>

    Benjamin Bejar

Dated: April 23, 2026                    Respectfully submitted,

                                    DANIEL N. ROSEN
                                  United States Attorney

                                  *s/Sommer Honeycutt*
          BY:   SOMMER HONEYCUTT
                                    Assistant U.S. Attorney
                                    600 U.S. Courthouse
                                    300 S. 4th Street
                                    Minneapolis, MN 55415
                                    Attorney reg: 0398667
                                    Sommer.Honeycutt@usdoj.gov